STATE OF LOUISIANA                                   NO. 25-K-421

VERSUS                                               FIFTH CIRCUIT

DEMOND FRANKLIN                                      COURT OF APPEAL

                                                     STATE OF LOUISIANA

September 16, 2025

Susan Buchholz
Chief Deputy Clerk

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

**IN RE** STATE OF LOUISIANA
_____

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
STEPHEN C. GREFER, DIVISION "J", NUMBER 23-595
_____

Panel composed of Judges Susan M. Chehardy,
Scott U. Schlegel, and Timothy S. Marcel


## WRIT GRANTED IN PART AND DENIED IN PART; STAY LIFTED

On the showing made, we cannot say that the trial court abused its discretion by granting the defendant's motion in limine to prohibit the State from mentioning the mandatory life sentence for the crime charged to the jury during voir dire. *See* La. C.Cr.P. art. 786.

Defendant has implicitly asserted in his motion in limine that he will not be mentioning the mandatory life sentence nor be requesting a jury charge. However, because we do not have a transcript of the arguments or the ruling as the trial is in progress, we grant the writ application in part to instruct the trial court to inquire as to whether the defendant intends to mention the sentence or request a jury instruction informing the jury of the mandatory life sentence. If the defendant intends to request such a charge, then the State should be permitted to *voir dire* the prospective jurors to determine whether they are able to follow the law due to the nature of the sentence.

Accordingly, the State's writ application is granted in part and denied in part as explained above, and the stay is lifted.

Gretna, Louisiana, this 16th day of September, 2025.

                              **SUS**
                              **SMC**
                              **TSM**

25-K-421

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## <u>NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY</u>

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>**09/16/2025**</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-K-421**

### <u>E-NOTIFIED</u>
24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)
Gregory Q. Carter (Respondent)          Thomas J. Butler (Relator)
Darren A. Allemand (Relator)

### <u>MAILED</u>
Honorable Paul D. Connick, Jr. (Relator)
District Attorney
Twenty-Fourth Judicial District
200 Derbigny Street
Gretna, LA 70053